```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>Pamela Blanquez,<br><br>            Defendant | No. CV A 12-01708<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Pamela Blanquez, in the principal amount of $1,293.44 plus interest accrued to February 7, 2012, in the sum of $2,359.39; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$3,652.83**.

DATED:  3/2/2012            By:    TERRI NAFISI
                                   Clerk of the Court
                                     L. RAYFORD
                                   _____
                                       Deputy Clerk
                                   United States District Court