LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

     vs.

Pamela Blanquez,

               Defendant

No. CV A **12-01708**

CONSENT JUDGMENT

    Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Pamela Blanquez, in the principal amount of $1,293.44 plus interest accrued to February 7, 2012, in the sum of $2,359.39; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**3,652.83**.

DATED:  3/2/2012       By:    **TERRI NAFISI**
                            Clerk of the Court
                              **L. RAYFORD**

                              Deputy Clerk
               United States District Court